NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUSSELL W. BURTON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7011

---

Appeal from the United States Court of Appeals for Veterans Claims in Case No. 09-2873, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

SCOTT J. POPMA, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for claimant-appellant. With him on the brief were J. MICHAEL JAKES and RONALD L. SMITH.

ELIZABETH M. HOSFORD, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, MARTIN F. HOCKEY, JR., Assistant Director, and TARA K. HOGAN, Attorney. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and CHRISTA A. SHRIBER, Attorney, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* LOURIE, *Circuit Judge* and DANIEL, *Chief Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 4, 2012 _____ /s/ Jan Horbaly _____
Date                      Jan Horbaly
                          Clerk

---

[1] Honorable Wiley Daniel, Chief Judge, United States District Court for the District of Colorado, sitting by designation.